# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02703-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.177.244.113,

    Defendant.

_____/

## **NOTICE OF RELATED CASES**

PLAINTIFF GIVES NOTICE that this is a BitTorrent copyright infringement case related to the cases listed below, which were filed by undersigned and are currently pending before Magistrate Judge Michael E. Hegarty.

1. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00409-WYD-MEH;
2. Malibu Media, LLC v. John Does 1-28, Case No. 1:12-cv-00834-WYD-MEH;
3. Malibu Media, LLC v. John Does 1-21; Case No. 1:12-cv-00835-WYD-MEH;
4. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-00836-WYD-MEH;
5. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-00840-WYD-MEH;
6. Malibu Media, LLC v. John Does 1-11; Case No. 1:12-cv-00843-WYD-MEH;
7. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-00848-WYD-MEH;
8. Patrick Collins, Inc. v. John Does 1-6; Case No. 1:12-cv-00849-WYD-MEH;;
9. Malibu Media, LLC v. Fantalis et al; Case No. 1:12-cv-00886-WYD-MEH;
10. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00908-WYD-MEH;
11. Malibu Media, LLC v. John Does 1-33; Case No. 1:12-cv-01394-WYD-MEH;

12. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01395-WYD-MEH;

13. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01405-WYD-MEH;

14. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-01406-WYD-MEH;

15. Malibu Media, LLC v. John Does 1-54; Case No. 1:12-cv-01407-WYD-MEH;

16. Malibu Media, LLC v. John Does 1-15; Case No. 1:12-cv-01408-WYD-MEH;

17. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01411-WYD-MEH;

18. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01412-WYD-MEH;

19. Malibu Media, LLC v. Bill S. Felitti, et al.; Case No. 1:12-cv-01522-WYD-MEH;

20. Patrick Collins, Inc. v. John Does 1-23; Case No. 1:12-cv-01641-WYD-MEH;

21. Patrick Collins, Inc. v. John Does 1-32; Case No. 1:12-cv-01642-WYD-MEH;

22. Patrick Collins, Inc. v. John Does 1-18; Case No. 1:12-cv-01643-WYD-MEH;

23. Malibu Media, LLC v. Ramsey; Case No. 1:12-cv-01868-WYD-MEH;

24. Malibu Media, LLC v. Domindo; Case No. 1:12-cv-01871-WYD-MEH;

25. Malibu Media, LLC v. Nelson; Case No. 1:12-cv-01875-WYD-MEH;

26. Malibu Media, LLC v. Geary; Case No. 1:12-cv-01876-WYD-MEH;

27. Malibu Media, LLC v. John Does 1-42; Case No. 1:12-cv-01953-WYD-MEH;

28. Third Degree Films, Inc. v. John Does 1-4; Case No. 1:12-cv-01954-WYD-MEH;

29. Patrick Collins, Inc. v. John Does 1-27; Case No. 1:12-cv-01955-WYD-MEH;

30. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-01956-WYD-MEH;

31. Malibu Media, LLC v. John Does 1-31; Case No. 1:12-cv-02069-WYD-MEH;

32. Malibu Media, LLC v. John Does 1-24; Case No. 1:12-cv-02070-WYD-MEH;

33. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-02071-WYD-MEH;

34. Third Degree Films, Inc. v. John Does 1-47; Case No. 1:12-cv-02391-WYD-MEH;

35. Malibu Media, LLC v. John Does 1-22; Case No. 1:12-cv-02392-WYD-MEH;

36. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-02393-WYD-MEH;

37. Malibu Media, LLC v. Wieland, Case No. 1:12-cv-02549-WYD-MEH;

38. Malibu Media, LLC v. John Does 1-37; Case No. 1:12-cv-02595-WYD-MEH;

39. Malibu Media, LLC v. John Does 1-31; Case No. 1:12-cv-02597-WYD-MEH;

40. Malibu Media, LLC v. John Does 1-22; Case No. 1:12-cv-02598-WYD-MEH;

41. Malibu Media, LLC v. John Doe 1; Case No. 1:12-cv-02599-WYD-MEH;

42. Patrick Collins, Inc. v. John Does 1-5; Case No. 1:12-cv-03166-WYD-MEH;

43. Patrick Collins, Inc. v. John Does 1-7; Case No. 1:12-cv-03167-WYD-MEH;

44. Malibu Media, LLC v. John Does 1-19; Case No. 1:12-cv-03168-WYD-MEH;

45. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-03169-WYD-MEH;

46. Malibu Media, LLC v. John Does 1-8; Case No. 1:12-cv-03170-WYD-MEH;

47. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-03171-WYD-MEH;

48. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-03172-WYD-MEH;

49. Malibu Media, LLC v. John Does 1-15; Case No. 1:12-cv-03173-WYD-MEH;

50. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.234.104; Case No. 1:13-cv-00307-WYD-MEH;

51. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.250.8; Case No. 1:13-cv-00308-WYD-MEH;

52. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.161.234; Case No. 1:13-cv-00309-WYD-MEH;

53. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.34.85; Case No. 1:13-cv-00310-WYD-MEH;

CO242

54. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.100.137; Case No. 1:13-cv-00311-WYD-MEH;

55. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.11.70; Case No. 1:13-cv-00312-WYD-MEH;

56. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.122.61; Case No. 1:13-cv-00313-WYD-MEH;

57. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.238.91; Case No. 1:13-cv-00314-WYD-MEH;

58. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.166.4.135; Case No. 1:13-cv-00315-WYD-MEH;

59. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.40.151; Case No. 1:13-cv-00316-WYD-MEH;

60. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.30.155; Case No. 1:13-cv-00317-WYD-MEH;

61. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.154.142; Case No. 1:13-cv-00318-WYD-MEH;

62. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.181.0; Case No. 1:13-cv-00319-WYD-MEH;

63. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.5.127; Case No. 1:13-cv-00320-WYD-MEH;

64. Malibu Media, LLC v. John Doe subscriber assigned IP address 63.225.246.31; Case No. 1:13-cv-00423-WYD-MEH;

CO242

65. Malibu Media, LLC v. John Doe subscriber assigned IP address 69.29.143.104; Case No. 1:13-cv-00424-WYD-MEH;

66. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.212.197.251; Case No. 1:13-cv-00425-WYD-MEH;

67. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.218.22.157; Case No. 1:13-cv-00426-WYD-MEH;

68. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.171.198.44; Case No. 1:13-cv-00427-WYD-MEH;

69. Malibu Media, LLC v. John Doe subscriber assigned IP address 97.121.170.141; Case No 1:13-cv-00428-WYD-MEH;

70. Malibu Media, LLC v. John Doe subscriber assigned IP address 173.160.32.241; Case No 1:13-cv-00637-WYD-MEH;

71. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.106.174; Case No 1:13-cv-00638-WYD-MEH;

72. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.173.143; Case No 1:13-cv-00639-WYD-MEH;

73. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.98.8; Case No 1:13-cv-00641-WYD-MEH;

74. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.160.175; Case No 1:13-cv-00642-WYD-MEH;

75. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.196.185.110; Case No 1:13-cv-00643-WYD-MEH;

CO242

76. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.130.162;
    Case No 1:13-cv-00644-WYD-MEH;

77. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.90.159;
    Case No 1:13-cv-00645-WYD-MEH;

78. Malibu Media, LLC v. John Doe subscriber assigned IP address 173.164.50.233;
    Case No 1:13-cv-00738-WYD-MEH;

79. Malibu Media, LLC v. John Doe subscriber assigned IP address 173.8.244.206;
    Case No 1:13-cv-00739-WYD-MEH;

80. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.74.205;
    Case No 1:13-cv-00740-WYD-MEH;

81. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.41.207.95;
    Case No 1:13-cv-00741-WYD-MEH;

82. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.237.107.180;
    Case No 1:13-cv-00742-WYD-MEH;

83. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.56.209.206;
    Case No 1:13-cv-00743-WYD-MEH;

84. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.166.108;
    Case No 1:13-cv-00744-WYD-MEH;

85. Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.178.58;
    Case No 1:13-cv-00976-WYD-MEH;

86. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.22.130.172;
    Case No 1:13-cv-00977-WYD-MEH;

87. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.147.5;

CO242

Case No 1:13-cv-00978-WYD-MEH;

88. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.229.199;

    Case No 1:13-cv-00979-WYD-MEH;

89. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.14.12;

    Case No 1:13-cv-00980-WYD-MEH;

90. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.158.179;

    Case No 1:13-cv-00981-WYD-MEH;

91. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.176.157;

    Case No 1:13-cv-00982-WYD-MEH;

92. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.49.156;

    Case No 1:13-cv-00983-WYD-MEH;

93. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.63.115;

    Case No 1:13-cv-00984-WYD-MEH;

94. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.175.105;

    Case No 1:13-cv-00985-WYD-MEH;

95. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.197.139;

    Case No 1:13-cv-00988-WYD-MEH;

96. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.162.137.167;

    Case No 1:13-cv-00989-WYD-MEH;

97. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.164.177.114;

    Case No 1:13-cv-00998-WYD-MEH;

98. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.166.53.144;

CO242

Case No 1:13-cv-00999-WYD-MEH;

99. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.173.227.197;

Case No 1:13-cv-01000-WYD-MEH;

100. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.214.71;

Case No 1:13-cv-01001-WYD-MEH;

101. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.245.33;

Case No 1:13-cv-01002-WYD-MEH;

102. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.245.94;

Case No 1:13-cv-01003-WYD-MEH;

103. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.104.52;

Case No 1:13-cv-01004-WYD-MEH;

104. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.118.23;

Case No 1:13-cv-01005-WYD-MEH;

105. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.51.187;

Case No 1:13-cv-01006-WYD-MEH;

106. Malibu Media, LLC v. John Doe subscriber assigned IP address 70.59.25.127;

Case No 1:13-cv-01007-WYD-MEH;

107. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.56.255.191;

Case No 1:13-cv-01018-WYD-MEH;

108. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.78.73;

Case No 1:13-cv-01019-WYD-MEH;

109. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.118.132;

Case No 1:13-cv-01021-WYD-MEH;

110. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.147.148; Case No 1:13-cv-01022-WYD-MEH;

111. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.181.49; Case No 1:13-cv-01023-WYD-MEH;

112. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.108.148; Case No 1:13-cv-01024-WYD-MEH;

113. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.127.78; Case No 1:13-cv-01025-WYD-MEH;

114. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.68.168; Case No 1:13-cv-01027-WYD-MEH;

115. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.92.113; Case No 1:13-cv-01028-WYD-MEH;

116. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.136.116; Case No 1:13-cv-01029-WYD-MEH;

117. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.205.117; Case No 1:13-cv-01030-WYD-MEH;

118. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.198.5; Case No 1:13-cv-01031-WYD-MEH;

119. Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.134.163 Case No 1:13-cv-01523-WYD;

120. Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.135.159 Case No 1:13-cv-01524-WYD;

CO242

121. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.178.175 Case No 1:13-cv-01525-WYD;

122. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.50.129 Case No 1:13-cv-01527-WYD

123. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.119.92 Case No 1:13-cv-01528-WYD;

124. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.194.66 Case No 1:13-cv-01529-WYD;

125. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.18.187 Case No 1:13-cv-01530-WYD;

126. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.30.232 Case No 1:13-cv-01531-WYD;

127. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.187.152 Case No 13-cv-01532-WYD;

128. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.253.76 Case No 1:13-cv-01533-WYD;

129. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.152.34.5 Case No 1:13-cv-01535-WYD;

130. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.152.42.153 Case No 1:13-cv-01536-WYD;

131. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.162.144.233 Case No 1:13-cv-01538-WYD;

132. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.166.52.35

Case No 1:13-cv-01539-WYD;

133. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.10.239 Case No 1:13-cv-01540-WYD;

134. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.57.117 Case No 1:13-cv-01541-WYD;

135. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.217.177 Case No 1:13-cv-01542-WYD;

136. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.191.49 Case No 1:13-cv-01543-WYD;

137. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.66.1 Case No 1:13-cv-01544-WYD;

138. Malibu Media, LLC v. John Doe subscriber assigned IP address 70.89.160.254 Case No 1:13-cv-01545-WYD;

139. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.196.236.112 Case No 1:13-cv-01546-WYD;

140. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.229.164.1 Case No 1:13-cv-01547-WYD;

141. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.237.24.123 Case No 1:13-cv-01548-WYD;

142. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.56.239.249 Case No 1:13-cv-01549-WYD;

143. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.217.178 Case No 1:13-cv-01550-WYD;

CO242

144. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.3.45 Case No 1:13-cv-01551-WYD;

145. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.54.187 Case No 1:13-cv-01553-WYD;

146. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.106.99 Case No 1:13-cv-01554-WYD;

147. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.152.96 Case No 1:13-cv-01555-WYD;

148. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.172.170 Case No 1:13-cv-01556-WYD;

149. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.252.59 Case No 1:13-cv-01557-WYD;

150. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.67.241 Case No 1:13-cv-01558-WYD;

151. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.85.221 Case No 1:13-cv-01559-WYD;

152. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.106.243 Case No 1:13-cv-01560-WYD;

153. Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.163.79 Case No 1:13-cv-02353-WYD;

154. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.133.122 Case No 1:13-cv-02354-WYD;

155. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.197.101 Case No 1:13-cv-02355-WYD;

156. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.240.57 Case No 1:13-cv-02356-WYD;

157. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.100.2 Case No 1:13-cv-02357-WYD;

158. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.162.209 Case No 1:13-cv-02358-WYD;

159. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.32.34 Case No 1:13-cv-02359-WYD;

160. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.35.111 Case No 1:13-cv-02360-WYD;

161. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.43.65 Case No 1:13-cv-02362-WYD;

162. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.209.54 Case No 1:13-cv-02363-WYD;

163. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.73.140 Case No 1:13-cv-02364-WYD;

164. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.162.246 Case No 1:13-cv-02365-WYD;

165. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.174.215 Case No 1:13-cv-02366-WYD;

166. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.234.51 Case No 1:13-cv-02367-WYD;

167. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.155.133.46 Case No 1:13-cv-02368-WYD;

168. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.161.205.89 Case No 1:13-cv-02369-WYD;

169. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.164.178.182 Case No 1:13-cv-02370-WYD;

170. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.173.230.4 Case No 1:13-cv-02371-WYD;

171. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.123.90 Case No 1:13-cv-02372-WYD;

172. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.50.37 Case No 1:13-cv-02373-WYD;

173. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.207.34 Case No 1:13-cv-02374-WYD;

174. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.128.249 Case No 1:13-cv-02376-WYD;

175. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.34.157 Case No 1:13-cv-02382-WYD;

176. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.78.126 Case No 1:13-cv-02383-WYD;

177. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.196.205.39 Case No 1:13-cv-02384-WYD;

178. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.237.22.86 Case No 1:13-cv-02385-WYD;

179. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.56.223.185 Case No 1:13-cv-02386-WYD;

180. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.221.4 Case No 1:13-cv-02387-WYD;

181. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.65.228 Case No 1:13-cv-02388-WYD;

182. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.185.214 Case No 1:13-cv-02389-WYD;

183. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.74.201 Case No 1:13-cv-02390-WYD;

184. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.165.224 Case No 1:13-cv-02391-WYD;

185. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.213.16 Case No 1:13-cv-02393-WYD;

186. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.62.43 Case No 1:13-cv-02394-WYD;

187. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.14.168 Case No 1:13-cv-02395-WYD;

CO242

188. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.108.158 Case No 1:13-cv-02689-WYD-MEH;

189. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.129.53 Case No 1:13-cv-02690-WYD-MEH;

190. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.144.175 Case No 1:13-cv-02691-WYD-MEH;

191. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.148.11 Case No 1:13-cv-02693-WYD-MEH;

192. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.252.137 Case No 1:13-cv-02695-WYD-MEH;

193. Malibu Media, LLC v. John Doe subscriber assigned IP address 50.155.173.240 Case No 1:13-cv-02696-WYD-MEH;

194. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.111.77 Case No 1:13-cv-02697-WYD-MEH;

195. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.113.229 Case No 1:13-cv-02698-WYD-MEH;

196. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.197.145 Case No 1:13-cv-02699-WYD-MEH;

197. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.202.117 Case No 1:13-cv-02700-WYD-MEH;

198. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.177.244.113 Case No 1:13-cv-02703-WYD-MEH;

CO242

199. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.116.59 Case No 1:13-cv-02704-WYD-MEH;

200. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.229.140.55 Case No 1:13-cv-02705-WYD-MEH;

201. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.229.228.216 Case No 1:13-cv-02706-WYD-MEH;

202. Malibu Media, LLC v. John Doe subscriber assigned IP address 71.229.236.179 Case No 1:13-cv-02707-WYD-MEH;

203. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.107.168 Case No 1:13-cv-02708-WYD-MEH;

204. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.98.169 Case No 1:13-cv-02709-WYD-MEH;

205. Malibu Media, LLC v. John Doe subscriber assigned IP address 76.120.102.180 Case No 1:13-cv-02710-WYD-MEH;

206. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.128.116 Case No 1:13-cv-02711-WYD-MEH; and

207. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.226.2 Case No 1:13-cv-02712-WYD-MEH.

Dated: October 9, 2013

                              Respectfully submitted,

                              By: /s/*Jason Kotzker*
                              Jason Kotzker
                              jason@klgip.com
                              KOTZKER LAW GROUP
                              9609 S. University Blvd. #632134
                              Highlands Ranch, CO 80163

CO242

Phone: 303-875-5386<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ *Jason Kotzker*</u>

CO242