IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02703-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.177.244.113,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 27, 2014 (ECF No. 12), it is

ORDERED that Defendant John Doe, who was assigned the IP address 67.177.244.113, is **DISMISSED WITH PREJUDICE** and this case is terminated.

Dated:  January 27, 2014

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge